**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Case No.: 18−60742 − MER
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carl Jon Berg
asf The Panel Shop, Inc., asf Torqued Heat, LLC., asf AEB Holdings, LLC, asf MEC Holdings, LLC, dba Lula Roe

PO Box 877
Saint Joseph, MN 56374

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−9489

Meghan Amanda Berg
asf AEB Holdings, LLC, dba Lula Roe

PO Box 877
Saint Joseph, MN 56374

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−6530

## NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 7/18/19 , or, for governmental units, within 180 days from the date of the Order for Relief or 7/18/19 , whichever is later. Proofs of claim can be filed electronically on the court's website: www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form (Official Form 410) can be obtained at the same website or at any bankruptcy clerk's office.

Dated: 4/15/19

Lori Vosejpka
Clerk, U.S. Bankruptcy Court
404 Gerald W. Heaney Federal Building and
United States Courthouse and Customhouse
515 West First Street
Duluth, MN 55802

BY: admin
Deputy Clerk

mnbflclm 10/14